# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————

**No. 201400229**

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## ALONZO BASS III
Aviation Boatswain's Mate (Equipment) Second Class (E-5),
U.S. Navy
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Robert J. Crow, JAGC, USN.
Convening Authority: Commander, Navy Region Southeast, Naval
Air Station, Jacksonville, FL.
Staff Judge Advocate's Recommendation: Commander George W.
Lucier, JAGC, USN.
For Appellant: Lieutenant Doug Ottenwess, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 18 January 2018

———————————

Before HUTCHISON, FULTON, and SAYEGH, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The current court-martial order dated 29 November 2017 fails to list all of the offenses upon which the appellant was arraigned, along with his pleas and the findings to those offenses,[1] and subsequent modifications resulting from the decisions of this court and action taken by the convening authority. The supplemental court-martial order will ensure compliance with RULE FOR

---

[1] The charged offenses at arraignment along with the pleas and findings were included in the initial court-martial order dated 11 June 2014 and in the second court-martial order dated 29 June 2016.

COURTS-MARTIAL 1114(c), MANUAL FOR COURTS-MARTIAL, UNITED STATES (2016 ed.).

For the Court



R.H. TROIDL
Clerk of Court